UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO NEWSOME,<br><br>    Petitioner,<br><br>v.<br><br>A. HEDGPETH, Warden,<br><br>    Respondent. | Case No. CV 10-2738 DMG (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report, despite two extensions of the filing deadline. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action on the merits with prejudice.

DATED: December 11, 2012

_____
DOLLY M. GEE
United States District Judge